Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>    Defendants. | **DISCLOSURE STATEMENT**<br><br><br>Case No.: 2:13-CV-00275-PMC |

Pursuant to Federal Rule of Civil Procedure 7.1, RedCliff Ascent, Inc., hereby discloses that it has no parent corporation, and no publicly held corporation holds more than ten percent of its stock.

DISCLOSURE STATEMENT - 1

DATED this 3rd day of June, 2013.

                FILLMORE SPENCER LLC

                /s/ Mark D. Stubbs
                Mark D. Stubbs
                Attorneys for Defendants

DISCLOSURE STATEMENT - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2013, a copy of the Disclosure Statement was duly served by the court's electronic filing system or U.S. mail upon the following:

Robert H. Wilde
Michael S. Wilde
BLACKBURN & STOLL, LC
257 East 200 South, Suite 800
Salt Lake City, Utah 84111

*Bonnie Williams*
Paralegal

DISCLOSURE STATEMENT - 3