**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | **CASE NO.** |
|  | ) | NOTICE OF ASSIGNMENT TO A |
| **PLAINTIFF,** | ) | UNITED STATES MAGISTRATE JUDGE |
|  | ) | AND CONSENT / REQUEST FOR |
| VS. | ) | REASSIGNMENT |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| **DEFENDANT.** | ) |  |
|  | ) |  |

In accordance with United States District Court for the District of Utah General Order 07-001, and Fed.R.Civ.P. 73, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. <u>Exercise of this jurisdiction by a United States Magistrate Judge is permitted only if all parties file a written consent</u>. **Indicate below if you consent to the assignment or request the case be reassigned to a district court judge.**

# Consent                                   # Reassignment

_____             _____
**Party(s) represented**                   **Party(s) represented**

_____             _____
**Attorney Signature        Date**         **Attorney Signature        Date**


**Return this form within 15 days of receipt**. After completing this form, counsel are required to **e-mail** this completed form in pdf format by emailing it to: consents@utd.uscourts.gov. Alternatively, the form may be mailed to the following address: U.S. District Court, 350 S. Main Street, Salt Lake City, Utah 84101, Attention: Consent Clerk. **<u>Do not e-file this document.</u>**

No Judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge

An appeal from a judgment entered by a United States Magistrate Judge will be made directly to the United States Circuit Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.