Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>   Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>   Defendants. | **JURY DEMAND**<br><br><br>Case No.: 2:13-CV-00275-PMC |

   Pursuant to Rule 38 of the Federal Rules of Civil Procedure, RedCliff Ascent, Inc., hereby demands a trial by jury in the above-captioned matter.

DATED this 12th day of June, 2013.

                                        FILLMORE SPENCER LLC

                                        /s/Mark D. Stubbs
                                        Mark D. Stubbs
                                        Attorneys for Defendants

JURY DEMAND - 1

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2013, a copy of the JURY DEMAND was duly served by the court's electronic filing system or U.S. mail upon the following:

Robert H. Wilde
Michael S. Wilde
BLACKBURN & STOLL, LC
257 East 200 South, Suite 800
Salt Lake City, Utah 84111

_____
Bonnie Williams
Paralegal

JURY DEMAND - 2