Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br>    Plaintiffs,<br>vs.<br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br>    Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANTS' DISCOVERY RESPONSES**<br><br>Case No.: 2:13-CV-00275-PMC |

I hereby certify that on the 16th day of August, 2013, a copy of DEFENDANTS' RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS was served upon the following by mail:

Robert H. Wilde
Michael S. Wilde
BLACKBURN & STOLL, LC
257 East 200 South, Suite 800
Salt Lake City, Utah 84111

*Bonnie E. Williams*
Paralegal