Timeline concerning Darren Jensen:

The following is from memory and I have not included quotes but to the best of my ability I have recalled my conversations with Darren Jensen as accurately as possible.

In October or November 2012 I had a conversation with Darren Jensen about giving a commitment to his current Backup position. He had informed me sometime previously that he was looking for another job that was more sustainable for his family. I asked if he could commit through the holidays because of how disruptive it can be to replace a Backup Driver during this time. He responded that he could not give a time commitment, but didn't have any prospects on the horizon and would most likely be around.

In February 2013 I informed Darren Jensen of a job opportunity at another treatment facility that I had been informed about through a friend. I told him that I didn't want to lose him as a member of our team but I knew he was looking elsewhere for work. The potential job would allow him to be home at night with his family as he had expressed as a desire previously. I forwarded the contact information to him via Facebook. Throughout his interview process with this other company I continued an on-going dialogue about whether he knew if he was staying with us or leaving for the other job. He replied he felt confident about his interview and would inform me as soon as he knew something.

Sometime during this process my supervisors informed me that Darren had requested a meeting with them. In the meeting Darren discussed several areas he felt could be improved by the Staff Services Director (Mark Noe). Scott and Andrea said the overwhelming feeling Darren left them with was that he had issues with me and wasn't feeling heard.

On March 8th, 2013 I was contacted by phone by Scott Schill informing me that I needed to me him at base to discuss and email Darren Jensen had sent to him and Andrea Burgess the previous night. I met with them and reviewed the email. In the email Darren wrote "I may feel differently in a few days but as it stands I think I'm done after this shift." We (Mark Noe, Scott Schill, Andrea Burgess) decided I should speak with him since I was his direct supervisor.

I called Darren into my office and asked him what was going on? Why hadn't he come to me with any of his concerns? He replied that part of his problem was that he didn't know the organizational chart and since he was often asked to complete tasks by several administrators he was uncertain as to whom he should approach about his concerns. From my perspective it was clear to him who his direct supervisor was but he didn't desire to address his concerns with me. In his meeting with Scott and Andrea he had been adamant that I had told him I didn't have time for his ideas and concerns. When I asked him about this he relented and said maybe I hadn't said this, but maybe it was just the way he felt. He talked about having long hours that he felt went unappreciated by other administrators. He also talked about being given directives without what he felt was any concern about the tasks he already had going on. When I asked if I was creating any of this burden, he told me that it wasn't me and that I was good about asking what he day looked like before adding something else to it. However, according to Scott Schill and Andrea Burgess in their meeting with Darren Jensen the previous week the vast majority of his concerns were directed at me. He went on to tell me his main issue was with Alison Cox-Balagna (Family Support) because of two incidents:

1) Darren stated that he had been asked if he would be willing to do something while he was in the field that would add more hours to his day. He agreed. When he asked Alison to cover something back at the office he said she refused.
2) Darren also stated that Alison had asked Kevin Sturtevant to cover an intake on a certain day. Kevin had requested that she find someone else if possible. Darren stated that Alison replied, why would I call someone else in to do your job?

When I followed up with Alison she had no recollection of the first event. On the second event she did confirm that it happened but wasn't sure about the exact words she had used with Kevin.

I then asked Darren what he thought should be done about his email and the job resignation contained within the text. He replied that he told his wife the night before that he thinks he did something to get himself fired. I asked if he wanted to leave at the end of his shift, give the required two shift notice, or keep his employment. He replied he got an email that morning informing him that he had not been chosen for the other job (mentioned above) and that he very much wanted to continue employment. He then started crying and told me of his family problems and that he needed to get two of his children into therapy. He said he was embarrassed to cry. His kids have never seen him cry and he has only cried maybe 3 times in his life. He stated that his son was struggling with a pornography addiction and masturbation. His daughter had been traumatized by her older brother years earlier when he (the son) had put a knife to her throat. The son had said to the rest of the family, do you know how easy it would be for me to slit her throat right now. Darren stated that he was unaware until recently how much this had affected her and Darren needed to get her into therapy. As a result of his family needs he stated he wished he could be home at night to help his wife but for now needed this job to support them. He stated that his wife was not putting any pressure on him to be home but he felt it was his responsibility as a husband and father to be home at night for his family.

To conclude our meeting I asked him to agree to a few things:

1) No more angry emails. If he had concerns or struggles he was to report directly to me so we could work out a solution.
2) As I had informed him before this meeting and reiterated, if too much was stacking up for any one day he was to let me know so we could figure something else out. No more long days, he was to build in breaks and inform me when he needed to catch some extra sleep so I or someone else could listen for his phone and the radio. He replied he was good about taking breaks when needed. We joked about how long it took him (in comparison to his counterpart on the opposite shift) to complete certain field tasks because he had a tendency to go explore areas unknown to him or set-up elaborate jokes to play on the field staff.
3) If he continued to feel discontent he was to address it with me as his direct supervisor and not to discuss any of this with the field staff where he might negatively influence them toward me or the company.

He agreed to all of these conditions and I expressed my gratitude for the job he had done for the company and was glad we were keeping him around.

A week or two later Redcliff Ascent approved a change to the backup position that we had been working on for several months. This change would phase out the current Backup Driver position and would create 4 full-time positions. These new positions would be called the Field Support Manager and the Assistant Field Support Manager and would be known as the Field Support Team. The Field Support Team's job description would include responsibilities from the former Backup, Intake, and Field Superintendent positions.

As a result of Darren and (his counterpart on opposite shift) Kevin's positive contributions to the company I desired to have them transition from the Backup Driver position to the Field Support Managers. Each would directly supervise the Assistant Field Support Manager on his respective shift. I informed Kevin and Darren that I would be requiring a year commitment for the Assistant positions but because of the time each had already committed in the previous Backup position that I would not need to give a year. If Kevin and Darren both wanted to make the job transition they would not need to apply but each needed to agree to two things:

1) Read and agree to the job description of the Field Support Manager
2) Agree to a 4 month commitment (instead of a year) that would cover us through summer, our busiest time of year

I gave each of them approximately a week to consider it and get back with me. Kevin reported back in the days following that he agreed and could make the time commitment. Darren didn't come back with an answer as I had requested. After much deliberation with other Administrators and a few owners we decided that to be fair to the others if Darren wouldn't give a commitment then I would ask him to step down as a result of the Backup Driver position coming to an end and ask Darren to return to work as a Field Staff.

On March 27th 2013 I asked Darren if he could agree to the terms I had provided. He replied he could agree to the job description but could not give any time commitment as a result of his family circumstances. He also stated that he would most likely be here because even if he found a new job it would probably take 3-4 months to start it. My response was: Since you are unable to provide the necessary time commitment and to be fair to the others taking these new positions, as written in the Backup Driver application he may be asked to extend his term or stand down as determined by his direct supervisor. He had been asked to extend his term for over a year as a result of his good performance. Now I was going to ask him to stand down effective April 24th, 2013. He replied he didn't think he could go back to the field and work but would check with his wife and let me know if he could.

I waited for Darren to return and let me know if he was going to return to field work. He had several opportunities to inform me of his decision over the course of the next month but chose to let me know on his very last day of work he would not be returning to the field. He came to my office doorway on April 24th and stated that he was not resigning but that he could not return to field work. I responded, I am not sure what you want me to say. He said I am not resigning I was hired to do a job and I am still willing to work, I just can't return to the field. I responded – I don't know how else I am to interpret it, you were given an opportunity to provide a minimum 4 month commitment or return to the field. You

said you would let me know and you never got back with me. After today the job you were hired to do (Backup Driver) no longer exists. He pursed his lips and walked away.

Some items of note:

*During Darren's last two shifts he missed both departmental meetings that he is required to attend. If something else takes priority he is to inform me. He never informed me of any reasons why he would not be in attendance.

**I was informed on May 10th by HR Ellie Strong that our employee over computers was looking for a laptop that had been issued to Darren Jensen. He was contacted and confirmed he still had the laptop. He never informed anyone that he was in possession of a company laptop upon his departure from the company until being contacted and asked about it. He said he had some personal stuff on it he was going to take off and would send it to the office with a staff.

***It was well known that Darren Jensen liked to take his time doing certain field activities such as Saturday resupply. When compared to his counterpart on the opposite shift his resupply days would sometimes take several more hours to distribute the needed food and gear. He would explore roads and areas of the field that he was unfamiliar with which in turn made his days much longer than necessary. He also was known for pulling pranks (that sometimes took a significant amount of time) on staff and students.

****Darren Jensen set up a wood working machine in the backup office so he could work on personal crafts. Wood working was not a part of his job description. I never found him using it and eventually had to ask him to move it to his bedroom so it didn't clutter his office for visitors.

Written by:

Mark Noe

5/20/2013