ROBERT H. WILDE #3466
MICHAEL S. WILDE #14366
BLACKBURN & STOLL, LC
257 East 200 South Suite 800
Salt Lake City, Utah 84111
Telephone: 801-521-7900
rwilde@blackburn-stoll.com
mwilde@blackburn-stoll.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,, | REQUEST TO SUBMIT FOR DECISION |
| Plaintiffs, | Civil No.: 2:13-cv-275-TC |
| vs. | |
| REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL, | |
| Defendants. | |

Pursuant to DUCivR 7-3, Plaintiffs hereby submit for decision its Motion to Amend

Complaint.

- Type of Motion: Motion to Amend Complaint (DKT # 38)

- Date motion was served: October 18, 2013 (DKT # 38)

- Date opposing memorandum was served: November 1, 2013 (DKT # 40)

- Date reply memorandum was served: November 15, 2013 (DKT # 41)

A hearing is not requested.


DATED this 19th day of December, 2013.


                                        /s/ Michael S. Wilde_____
                                        MICHAEL S. WILDE
                                        Attorneys for Plaintiffs

Delivery Certificate

I hereby certify that a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION** to be served by the method(s) indicated below and addressed to the following on this 19th day of December, 2013.

Mark D. Stubbs
Fillmore & Spencer, LLC
3301 North University Ave
Provo, Utah 84604
mstubbs@fslaw.com


( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
(X) CM/ECF Posting


/s/ Michael S. Wilde