Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION | |
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS, <br><br> Plaintiffs, <br><br> vs. <br><br> REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL, <br><br> Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER** <br><br><br> Case No.:  2:13-CV-00275-PMC |

COME NOW the parties and pursuant to Fed. R. Civ. P. 6, seek an extension of time and

move the Court for an Order Amending the Scheduling Order.  During the discovery phase of

this case, the parties have found they need additional time to produce and review discovery.  The

parties seek an extension of time until May 15, 2014, to complete discovery with all other

scheduled dates to be adjusted by two months.  A copy of the proposed order is attached to this

STIPULATED MOTION TO AMEND
SCHEDULING ORDER - 1

Stipulated Motion as Exhibit A.  The parties further stipulate that Defendants' discovery served

on Plaintiffs on January 3, 2014, and January 13, 2014, shall be due April 10, 2014.

DATED this 29th day of January, 2014.

FILLMORE SPENCER LLC


/s/Mark D. Stubbs
Mark D. Stubbs
Attorneys for Defendants


BLACKBURN & STOLL, LC


/s/Michael S. Wilde
Michael S. Wilde
Attorneys for Plaintiffs

STIPULATED MOTION TO AMEND
SCHEDULING ORDER - 2