MICHAEL S. WILDE #14366
BLACKBURN & STOLL, LC
257 East 200 South Suite 800
Salt Lake City, Utah 84111
Telephone: 801-521-7900
rwilde@blackburn-stoll.com
mwilde@blackburn-stoll.com

Attorneys for Plaintiffs
_____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>Defendants. | SUBSTITUTION OF COUNSEL<br><br><br>Civil No.: 2:13-cv-275-TC |

Comes now Michael S. Wilde and substitutes for Robert H. Wilde as counsel for the

Plaintiffs. Robert H. Wilde hereby withdraws during the pendency of his sabbatical in West Africa

for the ensuing eighteen months.

DATED this 25th day of April 2014.

 /S/  Michael S. Wilde
MICHAEL S. WILDE
Attorney for Plaintiffs


 /S/ Robert H. Wilde
MICHAEL S. WILDE
Attorney for Plaintiffs

Delivery Certificate

      I hereby certify that a true and correct copy of the foregoing NOTICE OF SUBSTITUTION to be served by the method(s) indicated below and addressed to the following on this 25th day of April 2014.

Mark D. Stubbs
Fillmore & Spencer, LLC
3301 North University Ave
Provo, Utah 84604
mstubbs@fslaw.com


( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
(X) E-mail
( ) CM/ECF Posting

                                                  /s/ Michael S. Wilde