Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>   Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>   Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No.: 2:13-CV-00275-PMC |

COME NOW the parties and pursuant to Fed. R. Civ. P. 6, seek an extension of time and move the Court for an Order amending the Scheduling Order. During the discovery phase of this case, the parties have found they need additional time to produce and review discovery. The parties seek an extension of time until June 30, 2014, to complete discovery with all other

STIPULATED MOTION TO AMEND
SCHEDULING ORDER - 1

scheduled dates to be adjusted accordingly. A copy of the proposed order is attached to this Stipulated Motion as Exhibit A.

DATED this 9th day of May, 2014.

                                      FILLMORE SPENCER LLC

                                      /s/Mark D. Stubbs
                                      Mark D. Stubbs
                                      Attorneys for Defendants

                                      BLACKBURN & STOLL, LC

                                      /s/Michael S. Wilde
                                      Michael S. Wilde
                                      Attorneys for Plaintiffs