Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>          Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>          Defendants. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No.:  2:13-CV-00275-TC-EJF |

    COME NOW the parties and pursuant to Fed. R. Civ. P. 6, seek an extension of time and

move the Court for an Order amending the Scheduling Order. During the discovery phase of this

case, the parties have found they need additional time to produce and review discovery. The

parties are earnestly engaged in settlement discussions. The parties seek an extension of time

STIPULATED MOTION TO AMEND
SCHEDULING ORDER - 1

until October 31, 2014, to complete discovery with all other scheduled dates to be adjusted accordingly. A copy of the proposed order is attached to this Stipulated Motion as Exhibit A.

DATED this 10th day of September, 2014.

        FILLMORE SPENCER LLC

        /s/Mark D. Stubbs
        Mark D. Stubbs
        Attorneys for Defendants

        BLACKBURN & STOLL, LC

        /s/Michael S. Wilde
        Michael S. Wilde
        Attorneys for Plaintiffs