Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>    Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>    Defendants. | **STIPULATED MOTION TO DISMISS**<br><br><br>Case No.: 2:13-CV-00275-TC-EJF |

    COME NOW the Plaintiffs, Darren Jensen, Scorpio Don J. Erickson, Benjamin Flinders, Ryan Baltes, Adam Gleason, Lillian Geurts, through counsel Michael S. Wilde of Blackburn & Stohl, LC, and Defendants, RedCliff Ascent, Inc., Dane Kay, Scott Peterson, Steve Peterson, Jim Salisbury, Steve Nadauld, Andrea Burgess, Scott Schill, through counsel Mark D. Stubbs of Fillmore Spencer, LLC, and move this Court for an order dismissing the above-captioned matter

STIPULATED MOTION TO DISMISS - 1

with prejudice.  The parties represent to the Court that this matter has been fully settled to the satisfaction of each of the parties and each of the parties agrees that this case may be dismissed.

DATED this 18th day of November, 2014.

FILLMORE SPENCER LLC

/s/Mark D. Stubbs
Mark D. Stubbs
Attorneys for Defendants


BLACKBURN & STOLL, LC

/s/Michael S. Wilde
Michael S. Wilde
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS - 2