Mark D. Stubbs (#9353)
FILLMORE SPENCER, LLC
3301 North University Avenue
Provo, Utah 84604
Telephone: 801-426-8200
mstubbs@fslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARREN JENSEN, SCORPIO DON J. ERICKSON, BENJAMIN FLINDERS, RYAN BALTES, ADAM GLEASON, LILLIAN GEURTS,<br><br>        Plaintiffs,<br><br>vs.<br><br>REDCLIFF ASCENT, INC., DANE KAY, SCOTT PETERSON, STEVE PETERSON, JIM SALISBURY, STEVE NADAULD, ANDREA BURGESS, SCOTT SCHILL,<br><br>        Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>  Case No.:  2:13-CV-00275-TC-EJF<br><br>Judge Tena Campbell |

The above matter having come before this Court on a stipulated motion of all parties, the Court being fully advised that the matter has been settled to the satisfaction of each party, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED dismissing the above-captioned matter with prejudice.

ORDER TO DISMISS - 1

DATED this ____ day of November, 2014.

BY THE COURT

_____
Tena Campbell
U.S. District Court Judge

ORDER TO DISMISS - 2